**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

KEITH CARLTON CAMPBELL,

        Plaintiff,

v.                                      ACTION NO. 2:13cv431

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## FINAL ORDER

Plaintiff Keith Carlton Campbell seeks judicial review of the decision of the Commissioner of the Social Security Administration denying his applications for disability insurance benefits and Supplemental Security Income pursuant to sections 205(g) and 1631(c)(3) of the Social Security Act.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on July 8, 2014, recommending that the Court grant the Commissioner's motion for summary judgment, deny Plaintiff's motion for summary judgment, and affirm the final decision of the Commissioner. By copy of the

report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge.

No objections were filed by either party.

Having reviewed the record, and finding no error, the Court hereby ADOPTS the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on July 8, 2014, and the decision of the Commissioner is AFFIRMED, Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and this case is DISMISSED.

Plaintiff is ADVISED that he may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.  Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to counsel of record for the parties.

                                        /s/ Mark S. Davis
                                        Mark S. Davis
                                        United States District Judge

Norfolk, Virginia
August ~~July~~  4  , 2014